# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:23-cr-00079-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LOWNEY YOHNAGALEGI CROW | ) | |
| | ) | |

This matter is before the Court on a *pro se* letter by Defendant filed on February 5, 2024 (the "Letter," Doc. 25), which the Court construes as a motion requesting that Defendant be transferred to a different facility pending trial.

Because Defendant is represented by counsel, his *pro se* motion is procedurally improper. <u>See</u> Local Criminal Rule 47.1(g).

In addition, while Defendant's concern about access to his seizure medication is noted, Defendant is in the custody of the United States Marshals Service ("USMS") and Defendant has cited no authority that indicates the Court may, or should, direct where the USMS houses Defendant pending trial. <u>See</u> <u>e.g.</u>, <u>United States v. Boyce</u>, No. 21-CR-30003-DWD, 2023 WL 137823, at *1 (S.D. Ill. Jan. 9, 2023) ("The Court is not aware of any authority empowering it to supplant the discretion of the USMS in its selection of where to detain [the defendant].")

1

Accordingly, Defendant's Letter (Doc. 25), which the Court construes as a motion, is **DENIED**.

It is so ordered.

Signed: February 6, 2024

W. Carleton Metcalf
United States Magistrate Judge